UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. GEORGINE DeMARINO ) | |
| and KAREN BRAY, ) | |
| ) | Civil Action No.  2:06-cv-1353 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| JONATHAN K. HERGERT and ) | |
| ECKERT SEAMANS CHERIN & MELLOTT, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.Civ.P 41(a)(1), Plaintiffs Dr. Georgine DeMarino and Karen Bray, by and through counsel, hereby provide notice of their voluntary dismissal, without prejudice, of the instant action.

Dated: November 20, 2006         s/Gary L. Kaplan
                                 Gary L. Kaplan, Pa. I.D. 75524
                                 David J. Berardinelli, Pa. I.D. No. 79204
                                 DeForest Koscelnik Yokitis & Kaplan
                                 Koppers Building, 30th Floor
                                 436 Seventh Avenue
                                 Pittsburgh, PA  15219-1831
                                 (412) 227-3100

                                 Counsel for Plaintiffs DeMarino and Bray.